UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62023

ROBERTO GONZALEZ,

    Plaintiff,

vs.

PETRO REALESTATE HOLDING INC.,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** came before the Court on the Plaintiff's Verified Motion for Default Final Judgment [ECF No. 8]. The Court has reviewed the Motion and the record and is otherwise fully advised.

Plaintiff filed this Americans with Disabilities Act ("ADA") action on August 23, 2016, seeking injunctive relief. Plaintiff served Defendant with the Complaint on September 1, 2016. Defendant has failed to timely respond to the Complaint. On September 29, 2016, the Clerk entered a default against Defendant. Based thereon, it is

**ORDERED AND ADJUDGED** Plaintiff's Verified Motion for Default Final Judgment [ECF No. 8] is GRANTED. It is further

**ORDERED AND ADJUDGED** that the Default Final Judgment is hereby entered in favor of the Plaintiff, ROBERTO GONZALEZ, and against Defendant, PETRO REALESTATE HOLDING INC., in the form of injunctive relief. Defendant has violated the Americans with Disabilities Act and the Honorable Court hereby orders the Defendant to correct the following architectural barriers and violations of the ADA:

a. failure to provide a ramp that has a running slope of no steeper than 1:12 as required by 2010 ADAAG § 405.2;

b. providing disabled access aisles that are too steep as required by 2010 ADAAG §502, 502.1, 502.3, 502.4;

c. providing disabled parking space(s) that are too steep as required by 2010 ADAAG §502, 502.1, 502.3, 502.4;

d. failure to provide access aisles that are at the same level as the parking spaces they serve as required by 2010 ADAAG § 302, 502.4;

Defendant shall comply with the terms of this Final Judgment within ninety (90) days of entry of this Judgment. The Court retains jurisdiction relating to Plaintiff's attorney's fees and costs and to Defendant's compliance with the terms set forth in the Default Final Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of October, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE