UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62023

ROBERTO GONZALEZ,

    Plaintiff,

vs.

PETRO REALESTATE HOLDING INC.,

    Defendant.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO GONZALEZ, by and through his undersigned counsel, hereby dismisses the above referenced action with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably resolved this matter.

Submitted on this 23rd day of December, 2016.

                                                  */s/ Jessica L. Kerr*_____
                                                Jessica L. Kerr, Esquire
                                                Florida Bar No. 92810
                                                **J & M ADVOCACY GROUP, LLC**
                                                4651 Sheridan Street, Suite 301
                                                Hollywood, FL 33021
                                                Telephone: (954) 962-1166
                                                Facsimile: (954) 962-1779
                                                Email: service@jmadvocacygroup.com
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Jessica L. Kerr*_____
Jessica L. Kerr, Esquire
Florida Bar No. 92810